Menasha Packaging Company, LLC  1645 Bergstrom Rd Neenah, WI 54956  +1 920-751-1000
Craig Zimmerman  4 N Pearl St York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Craig Zimmerman | Menasha Packaging Company, LLC | 1031194 | 07/29/2024 | 08/11/2024 | 08/16/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,398.91 | 439.48 | 654.44 | 81.22 | 2,223.77 |
| YTD | 1,452.00 | 65,810.28 | 8,274.05 | 13,111.25 | 1,309.19 | 43,115.79 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | | 0 | | 48 | 1,613.70 |
| Call Time | | | 0 | | 0 | 554.08 |
| Double Time | | | 0 | | 5 | 336.20 |
| Holiday Pay | | | 0 | | 24 | 887.27 |
| Overtime | | | 0 | | 216 | 11,077.25 |
| Paid Time Off | 07/29/2024 - 08/11/2024 | 8 | 42.32 | 338.56 | 96 | 3,875.52 |
| Regular Pay | | | 0 | | 991 | 33,964.62 |
| Regular Salary Pay | 07/29/2024 - 08/11/2024 | 72 | 0 | 3,046.50 | 240 | 10,155.00 |
| Success Sharing Pr | | | 0 | | 0 | 3,111.19 |
| Tobacco Credit | 07/29/2024 - 08/11/2024 | 0 | 0 | 13.85 | 0 | 235.45 |
| Earnings | | | | 3,398.91 | | 65,810.28 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 204.90 | 3,980.94 |
| Medicare | 47.92 | 931.03 |
| Federal Withholding | 262.76 | 5,506.49 |
| State Tax - PA | 101.43 | 1,970.72 |
| SUI-Employee Paid - PA | 2.39 | 46.14 |
| City Tax - MNCHR | 33.04 | 641.93 |
| PA LST - MNCHR | 2.00 | 34.00 |
| Employee Taxes | 654.44 | 13,111.25 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Employee | 338.51 | 6,557.56 |
| HSA EE CONTR | 30.00 | 510.00 |
| MyChoice HSA Medical Pre-tax | 68.40 | 1,162.80 |
| Vision | 2.57 | 43.69 |
| Pre Tax Deductions | 439.48 | 8,274.05 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LOAN (1) | 62.02 | 1,054.34 |
| ACCIDENT | 8.73 | 148.41 |
| CH VOL AD&D | 0.46 | 7.82 |
| CRITICAL ILL | 4.52 | 29.14 |
| CRTILL-SP | 2.26 | 14.57 |
| EE - Spouse Vol AD&D | 0.92 | 15.64 |
| VOLUNTARY AD&D | 2.31 | 39.27 |
| Post Tax Deductions | 81.22 | 1,309.19 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 135.41 | 2,623.08 |
| 401K Non Elective | 67.71 | 1,311.58 |
| BASIC ADD COMP | 4.59 | 78.03 |
| ER EAP | 0.67 | 11.39 |
| HSA ER CONTR | 19.23 | 476.91 |
| LTD ER | 5.43 | 97.01 |
| MEDICAL COMPANY | 219.75 | 3,735.75 |
| TDI COMPANY | 1.43 | 24.31 |
| Imputed Income GTL | 0.92 | 15.64 |
| Long Term Disability | 5.88 | 99.23 |
| Employer Paid Benefits | 461.02 | 8,472.93 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,304.74 | 64,208.66 |
| Medicare - Taxable Wages | 3,304.74 | 64,208.66 |
| Federal Withholding - Taxable Wages | 2,966.23 | 57,651.10 |
| State Tax Taxable Wages - PA | 3,303.82 | 64,193.02 |
| City Tax Taxable Wages - MNCHR | 3,304.74 | 64,208.66 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Paid Time Off - MG/MPC | 7.693 | 8 | 27.088 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| FIRST CAPITAL FCU | FIRST CAPITAL FCU ******1458 | ******1458 | | 2,223.77 USD |



Menasha Packaging Company, LLC  1645 Bergstrom Rd Neenah, WI 54956  +1 920-751-1000
Craig Zimmerman  4 N Pearl St York, PA 17404

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Craig Zimmerman | Menasha Packaging Company, LLC | 1031194 | 08/12/2024 | 08/25/2024 | 08/30/2024 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 3,398.91 | 439.48 | 653.02 | 81.22 | 2,225.19 |
| YTD | 1,524.00 | 69,209.19 | 8,713.53 | 13,764.27 | 1,390.41 | 45,340.98 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay | | | 0 | | 48 | 1,613.70 | OASDI | 204.53 | 4,185.47 |
| Call Time | | | 0 | | 0 | 554.08 | Medicare | 47.83 | 978.86 |
| Double Time | | | 0 | | 5 | 336.20 | Federal Withholding | 262.05 | 5,768.54 |
| Holiday Pay | | | 0 | | 24 | 887.27 | State Tax - PA | 101.25 | 2,071.97 |
| Overtime | | | 0 | | 216 | 11,077.25 | SUI-Employee Paid - PA | 2.38 | 48.52 |
| Paid Time Off | 08/12/2024 - 08/25/2024 | 8 | 42.32 | 338.56 | 104 | 4,214.08 | City Tax - MNCHR | 32.98 | 674.91 |
| Regular Pay | | | 0 | | 991 | 33,964.62 | PA LST - MNCHR | 2.00 | 36.00 |
| Regular Salary Pay | 08/12/2024 - 08/25/2024 | 72 | 0 | 3,046.50 | 312 | 13,201.50 | | | |
| Success Sharing Pr | | | 0 | | 0 | 3,111.19 | | | |
| Tobacco Credit | 08/12/2024 - 08/25/2024 | 0 | 0 | 13.85 | 0 | 249.30 | | | |
| Earnings | | | | 3,398.91 | | 69,209.19 | Employee Taxes | 653.02 | 13,764.27 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employee | 338.51 | 6,896.07 | LOAN (1) | 62.02 | 1,116.36 |
| HSA EE CONTR | 30.00 | 540.00 | ACCIDENT | 8.73 | 157.14 |
| MyChoice HSA Medical Pre-tax | 68.40 | 1,231.20 | CH VOL AD&D | 0.46 | 8.28 |
| Vision | 2.57 | 46.26 | CRITICAL ILL | 4.52 | 33.66 |
| | | | CRTILL-SP | 2.26 | 16.83 |
| | | | EE - Spouse Vol AD&D | 0.92 | 16.56 |
| | | | VOLUNTARY AD&D | 2.31 | 41.58 |
| Pre Tax Deductions | 439.48 | 8,713.53 | Post Tax Deductions | 81.22 | 1,390.41 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| ER - 401(k) Employer Match | 135.41 | 2,758.49 | OASDI - Taxable Wages | 3,298.86 | 67,507.52 |
| 401K Non Elective | 67.71 | 1,379.29 | Medicare - Taxable Wages | 3,298.86 | 67,507.52 |
| BASIC ADD COMP | 4.59 | 82.62 | Federal Withholding - Taxable Wages | 2,960.35 | 60,611.45 |
| ER EAP | 0.67 | 12.06 | State Tax Taxable Wages - PA | 3,297.94 | 67,490.96 |
| HSA ER CONTR | 19.23 | 496.14 | City Tax Taxable Wages - MNCHR | 3,298.86 | 67,507.52 |
| LTD ER | 5.43 | 102.44 | | | |
| MEDICAL COMPANY | 219.75 | 3,955.50 | | | |
| TDI COMPANY | 1.43 | 25.74 | | | |
| Imputed Income GTL | 0.92 | 16.56 | | | |
| Long Term Disability | | 99.23 | | | |
| Employer Paid Benefits | 455.14 | 8,928.07 | | | |

| | Federal | State | Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | USA Paid Time Off - MG/MPC | 7.693 | 8 | 26.781 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| FIRST CAPITAL FCU | FIRST CAPITAL FCU ******1458 | ******1458 | | 2,225.19 USD |

Menasha Packaging Company, LLC  1645 Bergstrom Rd Neenah, WI 54956  +1 920-751-1000
Craig Zimmerman  4 N Pearl St York, PA 17404

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Craig Zimmerman | Menasha Packaging Company, LLC | | | 1031194 | 08/26/2024 | 09/08/2024 | 09/13/2024 | |
| | Hours Worked | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | 72.00 | | 3,398.91 | 439.48 | 654.42 | 81.22 | | 2,223.79 |
| YTD | 1,596.00 | | 72,608.10 | 9,153.01 | 14,418.69 | 1,471.63 | | 47,564.77 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | | 0 | | 48 | 1,613.70 |
| Call Time | | | 0 | | 0 | 554.08 |
| Double Time | | | 0 | | 5 | 336.20 |
| Holiday Pay | 08/26/2024 - 09/08/2024 | 8 | 42.32 | 338.56 | 32 | 1,225.83 |
| Overtime | | | 0 | | 216 | 11,077.25 |
| Paid Time Off | | | 0 | | 104 | 4,214.08 |
| Regular Pay | | | 0 | | 991 | 33,964.62 |
| Regular Salary Pay | 08/26/2024 - 09/08/2024 | 72 | 0 | 3,046.50 | 384 | 16,248.00 |
| Success Sharing Pr | | | 0 | | 0 | 3,111.19 |
| Tobacco Credit | 08/26/2024 - 09/08/2024 | 0 | 0 | 13.85 | 0 | 263.15 |
| Earnings | | | | 3,398.91 | | 72,608.10 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 204.89 | 4,390.36 |
| Medicare | 47.92 | 1,026.78 |
| Federal Withholding | 262.76 | 6,031.30 |
| State Tax - PA | 101.43 | 2,173.40 |
| SUI-Employee Paid - PA | 2.38 | 50.90 |
| City Tax - MNCHR | 33.04 | 707.95 |
| PA LST - MNCHR | 2.00 | 38.00 |
| Employee Taxes | 654.42 | 14,418.69 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Employee | 338.51 | 7,234.58 |
| HSA EE CONTR | 30.00 | 570.00 |
| MyChoice HSA Medical Pre-tax | 68.40 | 1,299.60 |
| Vision | 2.57 | 48.83 |
| Pre Tax Deductions | 439.48 | 9,153.01 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LOAN (1) | 62.02 | 1,178.38 |
| ACCIDENT | 8.73 | 165.87 |
| CH VOL AD&D | 0.46 | 8.74 |
| CRITICAL ILL | 4.52 | 38.18 |
| CRTILL-SP | 2.26 | 19.09 |
| EE - Spouse Vol AD&D | 0.92 | 17.48 |
| VOLUNTARY AD&D | 2.31 | 43.89 |
| Post Tax Deductions | 81.22 | 1,471.63 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 135.41 | 2,893.90 |
| 401K Non Elective | 67.71 | 1,447.00 |
| BASIC ADD COMP | 4.59 | 87.21 |
| ER EAP | 0.67 | 12.73 |
| HSA ER CONTR | 19.23 | 515.37 |
| LTD ER | 5.43 | 107.87 |
| MEDICAL COMPANY | 219.75 | 4,175.25 |
| TDI COMPANY | 1.43 | 27.17 |
| Imputed Income GTL | 0.92 | 17.48 |
| Long Term Disability | 5.88 | 105.11 |
| Employer Paid Benefits | 461.02 | 9,389.09 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,304.74 | 70,812.26 |
| Medicare - Taxable Wages | 3,304.74 | 70,812.26 |
| Federal Withholding - Taxable Wages | 2,966.23 | 63,577.68 |
| State Tax Taxable Wages - PA | 3,303.82 | 70,794.78 |
| City Tax Taxable Wages - MNCHR | 3,304.74 | 70,812.26 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Paid Time Off - MG/MPC | 7.693 | 0 | 34.474 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| FIRST CAPITAL FCU | FIRST CAPITAL FCU ******1458 | ******1458 | | 2,223.79 USD |



Menasha Packaging Company , LLC  1645 Bergstrom Rd Neenah, WI 54956  +1 920-751-1000
Craig Zimmerman  4 N Pearl St York, PA 17404

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Craig Zimmerman | Menasha Packaging Company , LLC | | | 1031194 | 09/09/2024 | 09/22/2024 | 09/27/2024 | |
| | Hours Worked | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
| Current | 80.00 | | 3,398.85 | 439.47 | 654.41 | 81.22 | | 2,223.75 |
| YTD | 1,676.00 | | 76,006.95 | 9,592.48 | 15,073.10 | 1,552.85 | | 49,788.52 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | | 0 | | 48 | 1,613.70 |
| Call Time | | | 0 | | 0 | 554.08 |
| Double Time | | | 0 | | 5 | 336.20 |
| Holiday Pay | | | 0 | | 32 | 1,225.83 |
| Overtime | | | 0 | | 216 | 11,077.25 |
| Paid Time Off | | | 0 | | 104 | 4,214.08 |
| Regular Pay | | | 0 | | 991 | 33,964.62 |
| Regular Salary Pay | 09/09/2024 - 09/22/2024 | 80 | 0 | 3,385.00 | 464 | 19,633.00 |
| Success Sharing Pr | | | 0 | | 0 | 3,111.19 |
| Tobacco Credit | 09/09/2024 - 09/22/2024 | 0 | 0 | 13.85 | 0 | 277.00 |
| **Earnings** | | | | **3,398.85** | | **76,006.95** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 204.89 | 4,595.25 |
| Medicare | 47.92 | 1,074.70 |
| Federal Withholding | 262.75 | 6,294.05 |
| State Tax - PA | 101.43 | 2,274.83 |
| SUI-Employee Paid - PA | 2.38 | 53.28 |
| City Tax - MNCHR | 33.04 | 740.99 |
| PA LST - MNCHR | 2.00 | 40.00 |
| **Employee Taxes** | **654.41** | **15,073.10** |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401K Employee | 338.50 | 7,573.08 |
| HSA EE CONTR | 30.00 | 600.00 |
| MyChoice HSA Medical Pre-tax | 68.40 | 1,368.00 |
| Vision | 2.57 | 51.40 |
| **Pre Tax Deductions** | **439.47** | **9,592.48** |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| LOAN (1) | 62.02 | 1,240.40 |
| ACCIDENT | 8.73 | 174.60 |
| CH VOL AD&D | 0.46 | 9.20 |
| CRITICAL ILL | 4.52 | 42.70 |
| CRTILL-SP | 2.26 | 21.35 |
| EE - Spouse Vol AD&D | 0.92 | 18.40 |
| VOLUNTARY AD&D | 2.31 | 46.20 |
| **Post Tax Deductions** | **81.22** | **1,552.85** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - 401(k) Employer Match | 135.40 | 3,029.30 |
| 401K Non Elective | 67.70 | 1,514.70 |
| BASIC ADD COMP | 4.59 | 91.80 |
| ER EAP | 0.67 | 13.40 |
| HSA ER CONTR | 19.23 | 534.60 |
| LTD ER | 5.43 | 113.30 |
| MEDICAL COMPANY | 219.75 | 4,395.00 |
| TDI COMPANY | 1.43 | 28.60 |
| Imputed Income GTL | 0.92 | 18.40 |
| Long Term Disability | 5.88 | 110.99 |
| **Employer Paid Benefits** | **461.00** | **9,850.09** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,304.68 | 74,116.94 |
| Medicare - Taxable Wages | 3,304.68 | 74,116.94 |
| Federal Withholding - Taxable Wages | 2,966.18 | 66,543.86 |
| State Tax Taxable Wages - PA | 3,303.76 | 74,098.54 |
| City Tax Taxable Wages - MNCHR | 3,304.68 | 74,116.94 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Paid Time Off - MG/MPC | 7.693 | 0 | 42.167 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| FIRST CAPITAL FCU | FIRST CAPITAL FCU ******1458 | ******1458 | | 2,223.75 USD |