

# Payslip



| Employee Name | Person Number | Payroll |
|---|---|---|
| Meredith Zimmerman | 356330 | WSH Biweekly |
| Hire Date | Job Title | Company Name |
| 27-Mar-2023 | Surgical Scheduler | WellSpan Health |
| Employee Address | Department | Company Address |
| 4 N Pearl St<br>York, PA 17404<br>US | 1175-64550 MG Neurosurg - York | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 14-Jul-2024 | 27-Jul-2024 | 2-Aug-2024 | 20.00 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 1,600.00 | 25,780.00 |
| Nonpayroll Payment | 0.00 | 60.00 |
| Pretax Deductions | 240.28 | 3,857.92 |
| Employee Tax Deductions | 256.84 | 4,149.96 |
| Voluntary Deductions | 5.54 | 88.64 |
| Net Payment | 1,097.34 | 17,743.48 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Overtime | 0.00 | 100.00 |
| Overtime Premium | 0.00 | 45.00 |
| Regular Wages | 480.00 | 22,530.00 |
| Uniform Reimbursement | 0.00 | 60.00 |

| Earnings Detail | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| PTO Leave Entitlement Earnings Results | | | 56.00 | Hours | 20.00 | 1.00 | 1,120.00 |
| Regular Wages | | | 24.00 | Hours | 20.00 | 1.00 | 480.00 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Leave Entitlement Payment | 0.00 | 640.00 |
| PTO Leave Entitlement Payment | 1,120.00 | 2,465.00 |

| Hours Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Leave Entitlement Hours | 0.00 | 32.00 |
| Overtime Hours Worked | 0.00 | 5.50 |
| Overtime Premium Hours Worked | 0.00 | 4.50 |
| PTO Leave Entitlement Hours | 56.00 | 123.25 |
| Regular Wages Hours Worked | 24.00 | 1,126.50 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Dental EE PreTax | 17.77 | 284.32 |
| Healthcare FSA PreTax | 47.92 | 772.96 |
| Medical EE PreTax | 103.38 | 1,654.08 |



# Payslip



| | | |
|---|---|---|
| RSP 403b EE Employees Contribution | 64.00 | 1,031.20 |
| Vision EE PreTax | 7.21 | 115.36 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 88.27 | 1,423.10 |
| FIT Withheld | 86.86 | 1,409.75 |
| Medicare Employee Withheld | 20.64 | 332.82 |
| SIT Withheld (PA) | 43.71 | 704.69 |
| SUI Employee Withheld (PA) | 1.12 | 18.05 |
| City Withheld (PA,York,West York) | 7.12 | 136.33 |
| Head Tax Withheld (PA,York,York Township) | 2.00 | 32.00 |
| School Withheld (PA,West York ASD) | 7.12 | 93.22 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Supplemental Child Life (356330) | 0.74 | 11.84 |
| Supplemental Spouse Life (356330) | 4.80 | 76.80 |

| Absence Accruals | | |
|---|---|---|
| **Description** | **Unit of Measure** | **Balance** |
| HOL | Hours | 32.00 |
| PTO | Hours | 12.18 |

| Employer Match | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| RSP 403B ER Base Employers Contribution | 64.00 | 515.31 |
| RSP 403b EE Employers Contribution | 32.00 | 515.60 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 308845214 | FIRST CAPITAL FCU | 231387165 - FIRST CAPITAL FCU - YORK | XXXXXXXXX1458 | USD | 1,097.34 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | 0.00 |



# Payslip



| Employee Name | Person Number | Payroll |
|---|---|---|
| Meredith Zimmerman | 356330 | WSH Biweekly |
| Hire Date | Job Title | Company Name |
| 27-Mar-2023 | Surgical Scheduler | WellSpan Health |
| Employee Address | Department | Company Address |
| 4 N Pearl St<br>York, PA 17404<br>US | 1175-64550 MG Neurosurg - York | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 28-Jul-2024 | 10-Aug-2024 | 16-Aug-2024 | 20.00 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 1,607.50 | 27,387.50 |
| Nonpayroll Payment | 0.00 | 60.00 |
| Pretax Deductions | 240.58 | 4,098.50 |
| Employee Tax Deductions | 258.60 | 4,408.56 |
| Voluntary Deductions | 5.54 | 94.18 |
| Net Payment | 1,102.78 | 18,846.26 |

| Earnings Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Overtime | 5.00 | 105.00 |
| Overtime Premium | 2.50 | 47.50 |
| Regular Wages | 1,410.00 | 23,940.00 |
| Uniform Reimbursement | 0.00 | 60.00 |

| Earnings Detail | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Overtime | | | 0.25 | Hours | 20.00 | 1.00 | 5.00 |
| Overtime Premium | | | 0.25 | Hours | 20.00 | 0.50 | 2.50 |
| PTO Leave Entitlement Earnings Results | | | 9.50 | Hours | 20.00 | 1.00 | 190.00 |
| Regular Wages | | | 70.50 | Hours | 20.00 | 1.00 | 1,410.00 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Leave Entitlement Payment | 0.00 | 640.00 |
| PTO Leave Entitlement Payment | 190.00 | 2,655.00 |

| Hours Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Leave Entitlement Hours | 0.00 | 32.00 |
| Overtime Hours Worked | 0.25 | 5.75 |
| Overtime Premium Hours Worked | 0.25 | 4.75 |
| PTO Leave Entitlement Hours | 9.50 | 132.75 |
| Regular Wages Hours Worked | 70.50 | 1,197.00 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Dental EE PreTax | 17.77 | 302.09 |



# Payslip



| | | |
|---|---|---|
| Healthcare FSA PreTax | 47.92 | 820.88 |
| Medical EE PreTax | 103.38 | 1,757.46 |
| RSP 403b EE Employees Contribution | 64.30 | 1,095.50 |
| Vision EE PreTax | 7.21 | 122.57 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 88.74 | 1,511.84 |
| FIT Withheld | 87.72 | 1,497.47 |
| Medicare Employee Withheld | 20.76 | 353.58 |
| SIT Withheld (PA) | 43.94 | 748.63 |
| SUI Employee Withheld (PA) | 1.12 | 19.17 |
| City Withheld (PA,York,West York) | 7.16 | 143.49 |
| Head Tax Withheld (PA,York,York Township) | 2.00 | 34.00 |
| School Withheld (PA,West York ASD) | 7.16 | 100.38 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Supplemental Child Life (356330) | 0.74 | 12.58 |
| Supplemental Spouse Life (356330) | 4.80 | 81.60 |

**Absence Accruals**

| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 32.00 |
| PTO | Hours | 8.53 |

**Employer Match**

| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 64.30 | 579.61 |
| RSP 403b EE Employers Contribution | 32.15 | 547.75 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 332172120 | FIRST CAPITAL FCU | 231387165 - FIRST CAPITAL FCU - YORK | XXXXXXXXX1458 | USD | 1,102.78 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | 0 | 0.00 |



# Payslip



| Employee Name | Person Number | Payroll |
|---|---|---|
| Meredith Zimmerman | 356330 | WSH Biweekly |
| **Hire Date** | **Job Title** | **Company Name** |
| 27-Mar-2023 | Surgical Scheduler | WellSpan Health |
| **Employee Address** | **Department** | **Company Address** |
| 4 N Pearl St<br>York, PA 17404<br>US | 1175-64550 MG Neurosurg - York | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 11-Aug-2024 | 24-Aug-2024 | 30-Aug-2024 | 20.00 |

**Summary**

| Description | Current | Year to Date |
|---|---|---|
| Gross Earnings | 1,622.50 | 29,010.00 |
| Nonpayroll Payment | 0.00 | 60.00 |
| Pretax Deductions | 241.18 | 4,339.68 |
| Employee Tax Deductions | 262.08 | 4,670.64 |
| Voluntary Deductions | 5.54 | 99.72 |
| Net Payment | 1,113.70 | 19,959.96 |

**Earnings Summary**

| Description | Current | Year to Date |
|---|---|---|
| Overtime | 15.00 | 120.00 |
| Overtime Premium | 7.50 | 55.00 |
| Regular Wages | 1,440.00 | 25,380.00 |
| Uniform Reimbursement | 0.00 | 60.00 |

| Earnings Detail | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Overtime | | | 0.75 | Hours | 20.00 | 1.00 | 15.00 |
| Overtime Premium | | | 0.75 | Hours | 20.00 | 0.50 | 7.50 |
| PTO Leave Entitlement Earnings Results | | | 8.00 | Hours | 20.00 | 1.00 | 160.00 |
| Regular Wages | | | 72.00 | Hours | 20.00 | 1.00 | 1,440.00 |

**Absences**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Leave Entitlement Payment | 0.00 | 640.00 |
| PTO Leave Entitlement Payment | 160.00 | 2,815.00 |

**Hours Summary**

| Description | Current | Year to Date |
|---|---|---|
| Holiday Leave Entitlement Hours | 0.00 | 32.00 |
| Overtime Hours Worked | 0.75 | 6.50 |
| Overtime Premium Hours Worked | 0.75 | 5.50 |
| PTO Leave Entitlement Hours | 8.00 | 140.75 |
| Regular Wages Hours Worked | 72.00 | 1,269.00 |

**Pretax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Dental EE PreTax | 17.77 | 319.86 |



# Payslip



| | | |
|---|---|---|
| Healthcare FSA PreTax | 47.92 | 868.80 |
| Medical EE PreTax | 103.38 | 1,860.84 |
| RSP 403b EE Employees Contribution | 64.90 | 1,160.40 |
| Vision EE PreTax | 7.21 | 129.78 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Social Security Employee Withheld | 89.66 | 1,601.50 |
| FIT Withheld | 89.45 | 1,586.92 |
| Medicare Employee Withheld | 20.97 | 374.55 |
| SIT Withheld (PA) | 44.40 | 793.03 |
| SUI Employee Withheld (PA) | 1.14 | 20.31 |
| City Withheld (PA,York,West York) | 7.23 | 150.72 |
| Head Tax Withheld (PA,York,York Township) | 2.00 | 36.00 |
| School Withheld (PA,West York ASD) | 7.23 | 107.61 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Supplemental Child Life (356330) | 0.74 | 13.32 |
| Supplemental Spouse Life (356330) | 4.80 | 86.40 |

**Absence Accruals**

| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 32.00 |
| PTO | Hours | 6.38 |

**Employer Match**

| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 64.90 | 644.51 |
| RSP 403b EE Employers Contribution | 32.45 | 580.20 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 355386209 | FIRST CAPITAL FCU | 231387165 - FIRST CAPITAL FCU - YORK | XXXXXXXXX1458 | USD | 1,113.70 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | 0 | 0.00 |



# Payslip



| Employee Name | Person Number | Payroll |
|---|---|---|
| Meredith Zimmerman | 356330 | WSH Biweekly |
| **Hire Date** | **Job Title** | **Company Name** |
| 27-Mar-2023 | Surgical Scheduler | WellSpan Health |
| **Employee Address** | **Department** | **Company Address** |
| 4 N Pearl St<br>York, PA 17404<br>US | 1175-64550 MG Neurosurg - York | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 25-Aug-2024 | 7-Sep-2024 | 13-Sep-2024 | 20.00 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,625.00 | 30,635.00 |
| Nonpayroll Payment | 0.00 | 60.00 |
| Pretax Deductions | 241.28 | 4,580.96 |
| Employee Tax Deductions | 262.66 | 4,933.30 |
| Voluntary Deductions | 5.54 | 105.26 |
| Net Payment | 1,115.52 | 21,075.48 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Overtime | 10.00 | 130.00 |
| Overtime Premium | 5.00 | 60.00 |
| Regular Wages | 1,450.00 | 26,830.00 |
| Uniform Reimbursement | 0.00 | 60.00 |

| Earnings Detail | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Holiday Leave Entitlement Earnings Results | | | 8.00 | Hours | 20.00 | 1.00 | 160.00 |
| Overtime | | | 0.50 | Hours | 20.00 | 1.00 | 10.00 |
| Overtime Premium | | | 0.50 | Hours | 20.00 | 0.50 | 5.00 |
| Regular Wages | | | 72.50 | Hours | 20.00 | 1.00 | 1,450.00 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Holiday Leave Entitlement Payment | 160.00 | 800.00 |
| PTO Leave Entitlement Payment | 0.00 | 2,815.00 |

| Hours Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Holiday Leave Entitlement Hours | 8.00 | 40.00 |
| Overtime Hours Worked | 0.50 | 7.00 |
| Overtime Premium Hours Worked | 0.50 | 6.00 |
| PTO Leave Entitlement Hours | 0.00 | 140.75 |
| Regular Wages Hours Worked | 72.50 | 1,341.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental EE PreTax | 17.77 | 337.63 |



# Payslip



| | | |
|---|---|---|
| Healthcare FSA PreTax | 47.92 | 916.72 |
| Medical EE PreTax | 103.38 | 1,964.22 |
| RSP 403b EE Employees Contribution | 65.00 | 1,225.40 |
| Vision EE PreTax | 7.21 | 136.99 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Social Security Employee Withheld | 89.83 | 1,691.33 |
| FIT Withheld | 89.74 | 1,676.66 |
| Medicare Employee Withheld | 21.00 | 395.55 |
| SIT Withheld (PA) | 44.48 | 837.51 |
| SUI Employee Withheld (PA) | 1.13 | 21.44 |
| City Withheld (PA,York,West York) | 7.24 | 157.96 |
| Head Tax Withheld (PA,York,York Township) | 2.00 | 38.00 |
| School Withheld (PA,West York ASD) | 7.24 | 114.85 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Supplemental Child Life (356330) | 0.74 | 14.06 |
| Supplemental Spouse Life (356330) | 4.80 | 91.20 |

| Absence Accruals | | |
|---|---|---|
| **Description** | **Unit of Measure** | **Balance** |
| HOL | Hours | 24.00 |
| PTO | Hours | 12.22 |

| Employer Match | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| RSP 403B ER Base Employers Contribution | 65.00 | 709.51 |
| RSP 403b EE Employers Contribution | 32.50 | 612.70 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 380309433 | FIRST CAPITAL FCU | 231387165 - FIRST CAPITAL FCU - YORK | XXXXXXXXX1458 | USD | 1,115.52 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | 0.00 |



# Payslip



| Employee Name | Person Number | Payroll |
|---|---|---|
| Meredith Zimmerman | 356330 | WSH Biweekly |
| **Hire Date** | **Job Title** | **Company Name** |
| 27-Mar-2023 | Surgical Scheduler | WellSpan Health |
| **Employee Address** | **Department** | **Company Address** |
| 4 N Pearl St<br>York, PA 17404<br>US | 1175-64550 MG Neurosurg - York | PO Box 2767<br>York, PA 17405<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Biweekly | 8-Sep-2024 | 21-Sep-2024 | 27-Sep-2024 | 20.60 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,663.45 | 32,298.45 |
| Nonpayroll Payment | 0.00 | 60.00 |
| Pretax Deductions | 242.82 | 4,823.78 |
| Employee Tax Deductions | 271.65 | 5,204.95 |
| Voluntary Deductions | 5.54 | 110.80 |
| Net Payment | 1,143.44 | 22,218.92 |

| Earnings Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Overtime | 10.30 | 140.30 |
| Overtime Premium | 5.15 | 65.15 |
| Regular Wages | 1,627.40 | 28,457.40 |
| Uniform Reimbursement | 0.00 | 60.00 |

| Earnings Detail | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Overtime | | | 0.50 | Hours | 20.60 | 1.00 | 10.30 |
| Overtime Premium | | | 0.50 | Hours | 20.60 | 0.50 | 5.15 |
| PTO Leave Entitlement Earnings Results | | | 1.00 | Hours | 20.60 | 1.00 | 20.60 |
| Regular Wages | | | 79.00 | Hours | 20.60 | 1.00 | 1,627.40 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Holiday Leave Entitlement Payment | 0.00 | 800.00 |
| PTO Leave Entitlement Payment | 20.60 | 2,835.60 |

| Hours Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Holiday Leave Entitlement Hours | 0.00 | 40.00 |
| Overtime Hours Worked | 0.50 | 7.50 |
| Overtime Premium Hours Worked | 0.50 | 6.50 |
| PTO Leave Entitlement Hours | 1.00 | 141.75 |
| Regular Wages Hours Worked | 79.00 | 1,420.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental EE PreTax | 17.77 | 355.40 |



# Payslip



| | | |
|---|---|---|
| Healthcare FSA PreTax | 47.92 | 964.64 |
| Medical EE PreTax | 103.38 | 2,067.60 |
| RSP 403b EE Employees Contribution | 66.54 | 1,291.94 |
| Vision EE PreTax | 7.21 | 144.20 |

**Tax Deductions**

| Description | Current | Year to Date |
|---|---|---|
| FIT Withheld | 94.17 | 1,770.83 |
| Social Security Employee Withheld | 92.20 | 1,783.53 |
| Medicare Employee Withheld | 21.57 | 417.12 |
| SIT Withheld (PA) | 45.66 | 883.17 |
| SUI Employee Withheld (PA) | 1.17 | 22.61 |
| City Withheld (PA,York,West York) | 7.44 | 165.40 |
| Head Tax Withheld (PA,York,York Township) | 2.00 | 40.00 |
| School Withheld (PA,West York ASD) | 7.44 | 122.29 |

**Other Deductions**

| Description | Current | Year to Date |
|---|---|---|
| Supplemental Child Life (356330) | 0.74 | 14.80 |
| Supplemental Spouse Life (356330) | 4.80 | 96.00 |

**Absence Accruals**

| Description | Unit of Measure | Balance |
|---|---|---|
| HOL | Hours | 24.00 |
| PTO | Hours | 17.07 |

**Employer Match**

| Description | Current | Year to Date |
|---|---|---|
| RSP 403B ER Base Employers Contribution | 66.54 | 776.05 |
| RSP 403b EE Employers Contribution | 33.27 | 645.97 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
|---|---|---|---|---|---|
| 404142951 | FIRST CAPITAL FCU | 231387165 - FIRST CAPITAL FCU - YORK | XXXXXXXXX1458 | USD | 1,143.44 |

**Tax Withholding Information**

| Type | Marital Status | Total Dependent Amount | Extra Withholding |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0.00 | 0.00 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount |
|---|---|---|---|
| PA | | 0 | 0.00 |