**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>CRAIG ALLEN ZIMMERMAN AND<br>MEREDITH ANN ZIMMERMAN | Case No. 1:24-bk-02592-HWV |
| Santander Bank, N.A.,<br>     Movant<br><br>vs.<br><br>CRAIG ALLEN ZIMMERMAN AND<br>MEREDITH ANN ZIMMERMAN,<br>     Debtors | Chapter 13 |

**OBJECTION TO CONFIRMATION**
**OF DEBTORS' CHAPTER 13 PLAN**

Santander Bank, N.A. ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtors' Chapter 13 Plan* (Doc 3), and states as follows:

1.     The Debtors filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 10, 2024.

2.     Movant holds a security interest in the Debtors' real property located at 4 North Pearl Street, York, PA 17404 (the "Property"), by virtue of a Mortgage.

3.     The Debtors filed a Chapter 13 Plan (the "Plan") on October 10, 2024 (Doc 3).

4.     The Plan includes payments toward the Note and Mortgage with Movant, however the figures used by the Debtors are inaccurate. Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due Movant is $28,308.10, whereas the Plan proposes to pay only $20,520.98.

5.     Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

6.     Movant objects to any plan which proposes to pay it anything less than $28,308.10 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>CRAIG ALLEN ZIMMERMAN AND<br>MEREDITH ANN ZIMMERMAN | Case No. 1:24-bk-02592-HWV |
| Santander Bank, N.A.,<br>     Movant<br><br>vs.<br><br>CRAIG ALLEN ZIMMERMAN AND<br>MEREDITH ANN ZIMMERMAN,<br>     Debtors | Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

MICHAEL A. CIBIK, Debtor's Attorney
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com


Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

CRAIG ALLEN ZIMMERMAN
4 N PEARL ST
YORK, PA 17404-5310

MEREDITH ANN ZIMMERMAN
4 N PEARL ST
YORK, PA 17404-5310

Date: <u>October 28, 2024</u>

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com