United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-02592-HWV
Craig Allen Zimmerman  Chapter 13
Meredith Ann Zimmerman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 21, 2024     Form ID: ntcnfhrg     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Craig Allen Zimmerman, Meredith Ann Zimmerman, 4 N Pearl St, York, PA 17404-5310 |
| 5660113 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5660114 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 5660115 | | West York Area School District, 1891 Loucks Rd Ste 100, York, PA 17408-9900 |
| 5660116 | + | West York Borough, 1381 W Poplar St, York, PA 17404-5396 |
| 5660117 | | York County Tax Claim Bureau, 28 E Market St Rm 105, York, PA 17401-1587 |
| 5660118 | | York Water Company, 130 E Market St, York, PA 17401-1219 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 21 2024 18:45:00 | Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5663552 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2024 18:49:01 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5660102 | | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2024 18:49:05 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5660110 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 21 2024 18:45:00 | Santander Bank, N.A., Attn: Bankruptcy, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 5660103 | ^ | MEBN | Nov 21 2024 18:41:15 | Greensky, LLC, PO Box 2153 Dept 3025, Birmingham, AL 35287-0002 |
| 5660104 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2024 18:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5660105 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 21 2024 19:00:26 | JPMorgan Chase Bank N.A., Bankruptcy Mail Intake Team, 700 Kansas Ln Fl 1, Monroe, LA 71203-4774 |
| 5660106 | | Email/Text: Unger@Members1st.org | Nov 21 2024 18:46:00 | Members 1st Federal Credit Union, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5660107 | | Email/PDF: cbp@omf.com | Nov 21 2024 18:49:06 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5660108 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5660109 | ^ | MEBN | Nov 21 2024 18:42:03 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5660111 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2024 18:48:43 | Synchrony/Ashley Furniture Homestore, PO Box |

| | | | |
|---|---|---|---|
| 5660112 | + Email/Text: bankruptcy@bbandt.com | Nov 21 2024 18:46:00 | 965060, Orlando, FL 32896-5060<br>Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-2374 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Santander Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael A. Cibik | on behalf of Debtor 1 Craig Allen Zimmerman help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Michael A. Cibik | on behalf of Debtor 2 Meredith Ann Zimmerman help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| Ryan Starks | on behalf of Creditor Santander Bank N.A. ryan.starks@brockandscott.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Craig Allen Zimmerman,<br>**Debtor 1**<br>Meredith Ann Zimmerman,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:24−bk−02592−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 1, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: January 8, 2025<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 21, 2024 |

ntcnfhrg (08/21)