# United States Bankruptcy Court
## Middle District of Pennsylvania

In re:

    Craig Allen Zimmerman,
    Meredith Ann Zimmerman,

                  Debtors.

Case No. 1:24-bk-02592

Chapter 13

### Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan and notice of confirmation hearing on the parties listed on the creditor matrix by first class mail or through the CM/ECF system:

Date: December 20, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com