Michael A. Cibik, Esq.
CIBIK LAW, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: 2157351060
Email: cibik@cibiklaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA - HARRISBURG DIVISION**

| In re: <br><br>CRAIG ALLEN ZIMMERMAN <br>MEREDITH ANN ZIMMERMAN <br><br>Debtor(s), | Bankruptcy No: 24-02592 <br><br>Chapter: 13 <br><br>Judge: Honorable Henry W. Van Eck |
|---|---|

**CERTIFICATE OF SERVICE**

I, Michael A. Cibik, attorney for Debtor(s), hereby certify that on December 27, 2024, a true and correct copy of the First Amended Chapter 13 Plan was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

US Trustee - *via ECF*        Jack N. Zaharopoulos, Trustee - *via ECF*

**Debtor(s)**: 4 N Pearl Street, York, PA 17404

DATED: December 27, 2024

        CIBIK LAW, P.C.

        /s/ Michael A. Cibik
        Michael A. Cibik
        Attorney for Debtor(s)