Michael A. Cibik, Esq.
CIBIK LAW, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: 2157351060
Email: cibik@cibiklaw.com

*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA - HARRISBURG DIVISION**

| In re:<br><br>CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN<br><br>Debtor(s), | Bankruptcy No: 24-02592<br><br>Chapter: 13<br><br>Judge: Honorable Henry W. Van Eck |
|---|---|

**CERTIFICATE OF SERVICE**

I, Michael A. Cibik, attorney for Debtor(s), hereby certify that on December 27, 2024, a true and correct copy of the First Amended Chapter 13 Plan was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

US Trustee - *via ECF*     Jack N. Zaharopoulos, Trustee - *via ECF*

**Debtor(s)**: 4 N Pearl Street, York, PA 17404

DATED: December 27, 2024

        CIBIK LAW, P.C.

        /s/ Michael A. Cibik
        Michael A. Cibik
        Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:24-bk-02592-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Thu Dec 26 23:30:45 EST 2024 | (p)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
| Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Greensky, LLC<br>PO Box 2153 Dept 3025<br>Birmingham, AL 35287-0002 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Members 1st FCU<br>PO Box 8893<br>Camp Hill, PA 17001-8893 |
| Members 1st Federal Credit Union<br>Attn: Bankruptcy<br>5000 Marketplace Way<br>Enola, PA 17025-2431 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 |
| Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 | Service Finance, a division of Truist Bank<br>PO Box 1847<br>Wilson, NC 27894-1847 | Synchrony/Ashley Furniture Homestore<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| Truist Bank<br>Attn: Bankruptcy<br>214 N Tryon St<br>Charlotte, NC 28202-2374 | U.S. Attorney, Middle District of Pa.<br>235 N Washington Ave Ste 311<br>Scranton, PA 18503-1533 | U.S. Department of Justice<br>Attorney General<br>PO Box 683<br>Washington, DC 20044-0683 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | West York Area School District<br>1891 Loucks Rd Ste 100<br>York, PA 17408-9900 | West York Borough<br>1381 W Poplar St<br>York, PA 17404-5396 |
| York County Tax Claim Bureau<br>28 E Market St Rm 105<br>York, PA 17401-1587 | York Water Company<br>130 E Market St<br>York, PA 17401-1219 | Craig Allen Zimmerman<br>4 N Pearl St<br>York, PA 17404-5310 |
| (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Meredith Ann Zimmerman<br>4 N Pearl St<br>York, PA 17404-5310 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102-3518 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Santander Bank, N.A.<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 | JPMorgan Chase Bank N.A.<br>Bankruptcy Mail Intake Team<br>700 Kansas Ln Fl 1<br>Monroe, LA 71203-4774 | (d)Santander Bank, N.A.<br>Attn: Bankruptcy<br>1 Corporate Dr Ste 360<br>Lake Zurich, IL 60047-8945 |
| (d)Santander Bank, N.A.<br>Attn: Bankruptcy Dept<br>1 Corporate Drive, Ste 360<br>Lake Zurich, IL 60047 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | End of Label Matrix<br>Mailable recipients  26<br>Bypassed recipients   0<br>Total                26 |