UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| In re:<br><br>CRAIG ALLEN ZIMMERMAN<br>MEREDITH ANN ZIMMERMAN<br><br>Debtors, | Bankruptcy No: 1:24-bk-02592-HWV<br><br>Chapter: 13<br><br>Judge: Honorable Henry W. Van Eck |
|---|---|

## CERTIFICATE OF SERVICE

I, Michael A. Cibik, attorney for Debtors, hereby certify that on January 15, 2025, a true and correct copy of the Second Amended Chapter 13 Plan was served upon the U.S. Trustee and the Chapter 13 Trustee via ECF Notification and by U.S. Mail to the Debtors and all parties from the Creditor Matrix, listed in the attached mailing list, as listed below:

U.S. Trustee - *via ECF*

Jack N. Zaharopoulos, Chapter 13 Trustee - *via ECF*

Debtors: 4 N Pearl Street, York, PA 17404

Dated: January 15, 2025  /s/ Michael A. Cibik
 Michael A. Cibik, Principal Attorney
 Cibik Law, P.C., Counsel for Debtors

Capital One, N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Greensky, LLC
PO Box 2153 Dept 3025
Birmingham, AL 35287

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank N.A.
Bankruptcy Mail Intake Team
700 Kansas Ln Fl 1
Monroe, LA 71203-4774

Members 1st Federal Credit Union
Attn: Bankruptcy
5000 Marketplace Way
Enola, PA 17025-2431

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Santander Bank, N.A.
Attn: Bankruptcy
1 Corporate Dr Ste 360
Lake Zurich, IL 60047-8945

Synchrony/Ashley Furniture Homestore
PO Box 965060
Orlando, FL 32896

Truist Bank
Attn: Bankruptcy
214 N Tryon St
Charlotte, NC 28202-1078

U.S. Attorney, Middle District of Pa.
235 N Washington Ave Ste 311 Scranton, PA 18503-1533

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683

West York Area School District
1891 Loucks Rd Ste 100
York, PA 17408-9900

West York Borough
1381 W Poplar St
York, PA 17404-3437

York County Tax Claim Bureau
28 E Market St Rm 105
York, PA 17401-1587

York Water Company
130 E Market St
York, PA 17401-1219